# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

KEITH M. SMITH; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-00119

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KEITH M. SMITH the above process on the 27 day of February, 2017, at 6:00 o'clock, P M, at 107 WAYNE AVENUE DARBY, PA 19023, County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: REFUSED NAME
Relationship/Title/Position: CO-RESIDENT
Remarks: REFUSED NAME AND RELATIONSHIP
Description: Approximate Age 36-40   Height 5'6   Weight 180   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: [X] No  [ ] Yes  Branch: _____

Commonwealth/State of   PA
) SS:
County of   Berks
)

Before me, the undersigned notary public, this day, personally, appeared   D'wayne Henriksson   to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158104
Case ID #: 4822372

Subscribed and sworn to before me
this 1 day of MAR, 20 17

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017